UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GOLDEN,<br><br>  Plaintiff,<br><br>v.<br><br>MARGARET MANN,<br><br>  Defendant. | Case No.:  20-CV-856 TWR (NLS)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RECONSIDERATION AND FOR A FINAL EXTENSION OF TIME TO FILE HER RESPONSE**<br><br>(ECF No. 25) |

Presently before the Court is Plaintiff Lisa Golden's Motion for Reconsideration of the Court's Denial of Lisa Golden's Motion to Recuse Judge Dana Sabraw and for a Final Extension of Time to File Her Response ("Mot.," ECF No. 25).  In light of the transfer of this action to the undersigned, (*see* ECF No. 23), the Court **DENIES AS MOOT** Plaintiff's Motion to the extent it seeks reconsideration of the Honorable Dana M. Sabraw's September 3, 2020 Order Denying Plaintiff's Motion to Recuse (ECF No. 18).  As for Plaintiff's request for an extension of time, Plaintiff subsequently filed another request, (*see* ECF No. 21), which Judge Sabraw granted.  (*See* ECF No. 22.)  The Court therefore

/ / /

/ / /

/ / /

1

1   **DENIES AS MOOT** Plaintiff's Motion to the extent it requests an extension of her
2   opposition deadline.
3       **IT IS SO ORDERED.**

5   Dated: October 8, 2020

_____
Honorable Todd W. Robinson
United States District Court